JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TERIAL LOVE,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　　　　Respondent. | Case No. CV 20-1025-MWF (KK)<br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that the Application for Stay and Abeyance is DENIED and this action is DISMISSED without prejudice.

Dated: February 6, 2020

MICHAEL W. FITZGERALD
United States District Judge